IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE BUCHANAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 16-0490-KD-N |
| | ) |
| BAHAMA BOB'S BEACHSIDE CAFE, | ) |
| INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**STIPULATED FINAL JUDGMENT**

In accordance with the Order entered this date, approving the parties' Settlement Agreement under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, it is ORDERED, ADJUDGED, AND DECREED that

1. The Settlement Agreement as set forth in the Joint Motion (doc. 23, p. 4-8) constitutes the parties' entire Settlement Agreement.

2. The Settlement Agreement is approved as a fair and reasonable resolution of a bona fide dispute of FLSA provisions.

3. Judgment is entered in favor of Plaintiff Andre Buchanan and against Defendants in the total amount of $13,100.54, allocated as follows:

   a. To Plaintiff Buchanan, the sums of $2,800.27 in back pay and $2,800.27 in liquidated damages, for a total of $5,600.54.

   b. To Plaintiff's counsel, the sums of $7,000.00 as an attorney's fee and costs of $500.00, for a total of $7,500.00.

4. This action is DISMISSED with prejudice.

DONE and ORDERED this the 3rd day of April 2017.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**